IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROSETTA V. CANNATA,

    *Petitioner*,

v.     Case No.: 4:21cv283-MW/HTC

UNITED STATES OF AMERICA,

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's petition under 28 U.S.C. § 2241 is **DISMISSED** for failure to exhaust administrative remedies and as premature." The Clerk shall close the file.

**SO ORDERED on September 17, 2021.**

                                       **s/Mark E. Walker**
                                       **Chief United States District Judge**